34271. CHAFFIN, administrator, *v.* CAMP.

CARLISLE, J. This court has no jurisdiction to entertain a writ of error from the trial division of the Civil Court of DeKalb County, in a case involving more than three hundred dollars, when the bill of exceptions is tendered to the trial judge more than fifteen days after the date of the ruling complained of (*Cardell* v. *The Bank of Georgia,* 78 *Ga. App.* 134, 50 S. E. 2d, 876; Ga. Laws, 1951, pp. 2401, 2414, § 34); and, in this case, which involves more than $300, the motion for a new trial having been overruled on July 11, 1952, and the bill of exceptions not having been tendered until July 28, 1952, the writ of error must be dismissed. *Writ of error dismissed. Gardner, P. J., and Townsend, J., concur.*

DECIDED OCTOBER 11, 1952.

*Lucian J. Endicott,* for plaintiff in error.
*Grant, Wiggins, Grizzard & Smith, Robert W. Spears,* contra.